# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEXSAM, INC., | |
| Plaintiff, | Case No. 2:15−cv−05742 CAS(PLAx) |
| v. | **ORDER** |
| GREEN DOT CORPORATION, NEXT ESTATE COMMUNICATIONS, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |
| GREEN DOT CORPORATION and NEXT ESTATE COMMUNICATIONS, INC. | |
| Cross-Complainants, | |
| v. | |
| ALEXSAM, INC., | |
| Cross-Defendant. | |

The Motion for Partial Summary Judgment On The Basis Of *Res Judicata* made by Plaintiff/Cross-Defendant in this matter (Dkt. No. ___) having come before the Court, and the Court having read and considered the same as well as the responses of Defendants/Cross-Complainants, the Court, for good cause shown, GRANTS said Motion. Defendants' Second Affirmative Defense and Second Cross-Claim are hereby dismissed on the grounds of *res judicata*.

IT IS SO ORDERED,

_____ , 2016

_____
U.S. District Judge Christina A. Snyder

1   This Proposed Order was prepared this 1st day of February, 2016 by:

*/s/ Jacqueline K. Burt*
Steven W. Ritcheson
     Email: swritcheson@insightplc.com
**INSIGHT, PLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

Jacqueline K. Burt (*pro hac vice*)
     Email: jburt@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0861
Facsimile: (205) 547-5502

Attorneys For Plaintiff/Cross Defendant
*Alexsam, Inc.*