UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 2:15-cv-05742-CAS (PLAx) | Date | March 15, 2017 |
|---|---|---|---|
| Title | ALEXSAM INC. V. GREEN DOT CORPORATION ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DEFENDANTS' EX PARTE APPLICATION FOR STAY PENDING RESOLUTION OF WRIT OF MANDAMUS (Filed March 10, 2017, Dkt. 189)

(IN CHAMBERS) - DEFENDANTS' REQUEST FOR LEAVE TO FILE A REPLY IN SUPPORT OF THE EX PARTE APPLICATION FOR STAY (Filed March 13, 2017, Dkt. 194)

(IN CHAMBERS) - PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER (Filed March 13, 2017, Dkt. 193)

On March 7, 2017, the Court ordered defendants to "produce unredacted versions of documents produced with redactions and any documents withheld on the basis of privilege," dkt. 185, based upon their failure to provide plaintiff with a privilege log for purportedly privileged documents produced during discovery.

The Court is in receipt of defendants' ex parte application for a stay of the March 7, 2017 order regarding production of purportedly privileged documents. Dkt. 189. The Court is also in receipt of plaintiff's opposition, dkt. 190, and defendants' request to file a reply, dkt. 194. It appears that defendants have now produced a privilege log and provided it to plaintiff, dkt. 189 at 4 n.2, albeit after the Court's production order and after the close of discovery. Because defendants have now produced a privilege log, the Court's March 7, 2017 order to produce documents withheld on the basis of privilege is vacated. Defendants' ex parte application for a stay and request for leave to file a reply are **DENIED as moot**. The parties shall present any further disputes regarding the applicable privilege or adequacy of defendants' privilege log to the magistrate judge assigned to this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**       **'O'**

| Case No. | 2:15-cv-05742-CAS (PLAx) | Date | March 15, 2017 |
|---|---|---|---|
| Title | ALEXSAM INC. V. GREEN DOT CORPORATION ET AL. | | |

Plaintiff has a pending motion for leave to amend the complaint. Dkt. 181. The Court has set a briefing schedule for the motion, although it is not currently scheduled for a hearing. Dkt. 188.

The Court is also in receipt of plaintiff's motion to amend the scheduling order so that plaintiff can bring a motion to compel production of documents relating to damages. Dkt. 193. In its motion to modify the scheduling order, plaintiff "requests dispensing with any hearing requirement" and that briefing be set according to the same schedule as plaintiff's motion for leave to amend the complaint. Id. at ii. In light of the foregoing, defendants shall file any opposition to plaintiff's motion to amend the scheduling order no later than March 23, 2017. Thereafter, plaintiff will be permitted to file a reply no later than March 30, 2017. Unless otherwise ordered, the matter will thereafter remain under submission.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Preparer | CMJ | |